FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 16 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:17-CR-73<br>Judge Crone/ Giblin |
| LAWRENCE ALLEN DESHETLER | § | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

(Violation: 18 U.S.C. § 1341, Mail Fraud)

THE SCHEME

Lawrence Allen DeShetler (DeShetler), defendant, has been a certified financial planner (CFP) and investment advisor since 1994, and has been president of DeShetler & Company, Inc. since 1988. In his capacity as a CFP and investment advisor, DeShetler would advise clients on investment strategies and act as a broker for financial products, such as annuities and insurance policies. However, beginning in 2014, DeShetler began soliciting funds from clients by telling them they could grow their money faster if they allowed him to invest it, when, in fact, DeShetler would deposit the funds in a bank account under his name and control, and then use the money for his personal benefit. In total, DeShetler fraudulently obtained $1,907,003.71 from five clients.

Starting on or about May, 2014, in the Eastern District of Texas and elsewhere, the Defendant, Lawrence Allen DeShetler, with the intent to defraud, devised the above-

1

described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.  In early 2016, the exact date being unknown, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, Defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by the Postal Service, the following matter: a cashier's check from Voya Financial in the amount of $243,382.21 to J.S. in Orange, Texas.

All in violation of 18 U.S.C. § 1341.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 USC § 981(a)(1)(c) & 28 USC § 2461

Upon conviction of one or more of the offenses alleged in Count One of this information, defendant Lawrence Allen DeShetler shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), § 981(a)(1)(c) & 28 USC § 2461, any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the following:

A. **Personal Property**

1) Bank of America, account number 9130203208;

2) Bank of America, account number E622194005;

3) Merrill Lynch, account number 321-05155;

B. **Money Judgment**

A sum of money equal to **$948,058.55** in United States currency representing the amount of proceeds obtained as a result of the offense described in Count One of this indictment, in violation of 18 U.S.C. § 1341.

**C. Substitute Assets**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

By virtue of the commission of the offenses alleged in Counts One through Nineteen of this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(7).

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
CHRISTOPHER T. TORTORICE
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:17-CR-73 |
| LAWRENCE ALLEN DESHETLER | § § | Judge |

## NOTICE OF PENALTY

### COUNT 1

**Violation**: 18 U.S.C. § 1341 (Mail Fraud)

**Penalty**: Not more than 20 years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three years.

**Special Assessment**: $100.00